COM.

v.

HESS, G.

398 MDA 2016

Superior Court of Pennsylvania.

07/17/2017

CP–67–CR–0004812–2014
(York)
Affirmed

LEONARD, L., Jr.

v.

NEWMAN, P.

1291 MDA 2016

Superior Court of Pennsylvania.

07/17/2017

2012 CV 34
(Sullivan)
Quashed

COM.

v.

HAMILTON, H.

497 MDA 2016

Superior Court of Pennsylvania.

07/17/2017

CP–14–SA–0000005–2016 (Centre)
Affirmed

COM.

v.

STOUT, M.

1600 MDA 2016

Superior Court of Pennsylvania.

07/17/2017

CP–40–CR–0000258–2014 (Luzerne)
Affirmed

ATLANTIC CASUALTY INS. CO.

v.

ZYMBLOSKY, E.

1167 MDA 2016

Superior Court of Pennsylvania.

07/17/2017

2015 CV 01571 (Lackawanna)
Affirmed